IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:20-CV-01048 |
| ) | CHIEF JUDGE CRENSHAW |
| ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| ONE RECREATIONAL VEHICLE ) | |
| TRAILER VIN 5NHUHAV20JW077666, ) | |
| ONE 2007 TOYOTA TUNDRA ) | |
| VIN 5TFJV52157X001736, and ) | |
| $8,143 UNITED STATES CURRENCY ) | |
| ) | |
| Defendants, ) | |
| ) | |
| RAFAEL JIMENEZ, JR., ) | |
| RAFAEL JIMENEZ-CALDERON, and ) | |
| AMAIRANI CATALAN-ALVAREZ ) | |
| ) | |
| Claimants. ) | |

## STATUS REPORT

In accordance with the Court's December 20, 2023, Order (ECF No. 34), the United States respectfully submits that settlement discussions between the parties have continued. Although promising, these discussions have not yet resolved the case. Following the anticipated administrative closure of this case, the parties will notify the Court of the need to re-open when/if the parties have either resolved the case or otherwise reached impasse requiring the case be reopened to set a trial date.

[SIGNATURES ON NEXT PAGE]

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

By: s/ J. Matthew Blackburn
J. MATTHEW BLACKBURN, B.P.R. # 027105
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, a copy of the foregoing Status Report was filed electronically. Notice of this filing will be sent to Claimants' counsel, Peter J. Strianse, by operation of the Court's electronic filing system.

By: s/ J. Matthew Blackburn
J. MATTHEW BLACKBURN
Assistant United States Attorney